UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80438-CIV-DIMITROULEAS

LIVERT JOSEPH, on his own behalf
and others similarly situated,

                                                  Magistrate Judge Rosenbaum

       Plaintiff,

vs.

NUNO, INC. II,
a Florida corporation, d/b/a SAL'S ITALIAN
RISTORANTE, BRIAN GARBER, individually,
and EDUARDO BEIRA, individually,

       Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

       THIS CAUSE is before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice [DE 18].  The Court has carefully reviewed the Stipulation, the attached settlement agreement, and is otherwise fully advised in the premises.

       Accordingly, it is **ORDERED AND ADJUDGED** as follows:

       1. The Parties' Joint Stipulation of Dismissal with Prejudice [DE 18] is hereby **GRANTED**;

       2. The attached settlement agreement is hereby **APPROVED**

       3. The above-styled action is hereby **DISMISSED** with prejudice;

       4. The Court shall retain jurisdiction over this action in order to enforce the terms of the settlement agreement;

       5. The clerk shall close this case;

       6. All pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of July, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Maguene Dieudonne, Esq.
Anthony Merendino, Esq.